# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHEILA DANIELS,<br><br>Plaintiff,<br><br>AARON'S, LLC,<br><br>Defendant. | Civil Action File No.<br>1:21-cv-00146-CAP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
_____

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, Plaintiff Sheila Daniels and Defendant Aaron's, LLC (f/k/a Aaron's, Inc.), by and though the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed *with* prejudice with each party to bear its/his own attorneys' fees and costs.

Jointly and respectfully submitted, this 1st day of February 2022.

*[Signatures of counsel appear on the following page.]*

02241790-1

| | |
|---|---|
| THE KIRBY G. SMITH LAW FIRM, LLC | TAYLOR ENGLISH DUMA LLP |
| /s/Kirby G. Smith | /s/Alisa P. Cleek |
| Kirby G. Smith | Alisa P. Cleek |
| Georgia Bar No. 250119 | Georgia Bar No. 581063 |
| 4488 North Shallowford Road Suite 105 Atlanta, Georgia 30338 (844) 454-7529 Telephone (877) 352-6253 Facsimile kgs@kirbygsmith.com | 1600 Parkwood Circle, Suite 200 Atlanta, Georgia 30339 (770) 434-6868 Telephone (770) 434-7376 Facsimile acleek@taylorenglish.com |
| *Attorneys for Plaintiff Sheila Daniels* | *Attorneys for Defendant Aaron's, LLC* |

02241790-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHEILA DANIELS,<br><br>Plaintiff,<br><br>AARON'S, LLC,<br><br>Defendant. | Civil Action File No.<br>1:21-cv-00146-CAP |

## CERTIFICATE OF SERVICE
_____

I hereby certify that on February 1, 2022, a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to each counsel of record by notice of electronic filing generated through the CM/ECF system.

/s/Alisa P. Cleek
Alisa P. Cleek
Georgia Bar No. 581063
acleek@taylorenglish.com

Attorneys for Defendant Aaron's, LLC

02241790-1